**FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| KIM RHODE; GARY BRENNAN; CORY HENRY; EDWARD JOHNSON; SCOTT LINDEMUTH; RICHARD RICKS; DENISE WELVANG; ABLE'S SPORTING, INC., a Texas corporation; AMDEP HOLDINGS, LLC, a Florida limited liability company doing business as Ammunition Depot; R&S FIREARMS, INC., an Arizona corporation doing business as Sam's Shooters Emporium; CALIFORNIA RIFLE & PISTOL ASSOCIATION, a California corporation,<br><br>       Plaintiffs - Appellees,<br><br>  v.<br><br>ROB BONTA, in his official capacity as Attorney General of the State of California,<br><br>       Defendant - Appellant. | No. 24-542<br><br>D.C. No.<br>3:18-cv-00802-BEN-JLB<br>Southern District of California, San Diego<br><br>ORDER |

**MURGUIA**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that

this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 40(c)

and Circuit Rule 40-3. The three-judge panel opinion is vacated.

Judge Owens did not participate in the deliberations or vote in this case.